DANIEL J. BRODERICK, #89424
Federal Defender
COURTNEY FEIN, Bar #244785
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
THOMAS COBERLY III

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No.   2:12-CR-00373 KJM |
| Plaintiff, ) | |
| v. ) | **PETITION REQUESTING DISCLOSURE OF PROBATION RECORDS; PROPOSED ORDER** |
| THOMAS COBERLY III, ) | |
| Defendant. ) | Judge:  Hon. Kimberly J. Mueller |
| _____ ) | Date:   December 6, 2012 |

Mr. Coberly is scheduled to appear before the court for disposition of the petition to revoke his supervised release on December 19, 2012.

Pursuant to Local Rule 461 of the Eastern District of California, Mr. Coberly hereby requests that the Court order the United States Probation Office for the Eastern District of California to disclose a copy of the pre-sentence reports prepared in the Southern District of California in case number 3:10-CR-02515-L-1 or in the alternative make the original records available, to his counsel, Courtney Fein, Assistant Federal Defender.

Local Rule 461 authorizes the Court to order the release of otherwise-confidential probation records upon a showing by any party of "the need for specific records."

Defense counsel's need for these specific records is due to the fact that they will provide her with the procedural history and factual bases of the case underlying Mr. Coberly's term of supervision. Without such information, counsel will be unable to provide effective assistance to Mr. Coberly having been left ignorant of the circumstances which gave rise to his current situation.

Mr. Coberly admitted violating his supervision in one important respect: his unlawful use of a controlled substance. Information in the form of his previous history of drug abuse and treatment if any, his mental health history and diagnoses if any and his history and characteristics is in the possession of the United States Probation Office in the form of the pre-sentence report being requested. Defense counsel must be allowed to examine this report in full and obtain copies of it in order to effectively represent Mr. Coberly at any future hearings regarding the petition.

A proposed order is attached for the Court's reference. Defense counsel does not necessarily require a hard copy of the records; counsel would be grateful for an electronic copy.

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

Dated: December 6, 2012         /s/ Courtney Fein
                                COURTNEY FEIN
                                Assistant Federal Defender
                                Attorney for THOMAS COBERLY III

# O R D E R

Good cause having been shown, the United States Probation Office for the Eastern District of California is hereby ordered to provide to defendant via his counsel copies of the pre-sentence report prepared in the Southern District of California in case number 3:10-CR-02515-L-1 in writing or electronically.

IT IS SO ORDERED.

Dated: December 13, 2012.

_____
UNITED STATES DISTRICT JUDGE