COURTNEY FEIN, #244785
Attorney at Law
LAW OFFICES OF COURTNEY FEIN
P.O. Box 191552
Sacramento, CA 95819
Telephone:  (916) 382-4792
Attorney for Thomas Coberly

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,     )   Case No.: 2:12-cr-00373 KJM
                              )
              Plaintiff,      )
                              )   Date:  October 16, 2013
                              )   Time: 9:00 a.m.
vs.                           )   Judge: Hon. Kimberly J. Mueller
                              )
THOMAS COBERLY,               )
                              )
              Defendant       )
_____

     At the above-listed date and time, Mr. Coberly is scheduled to appear before

the court for admit/deny hearing on the petition to revoke his supervised release

filed September 19, 2013.

     Pursuant to Local Rule 461, Mr. Coberly hereby requests that the court order

United States Probation to disclose to the defense a copy of the pre-sentence report

prepared in this case.

Local Rule 461 authorizes the court to order the release of otherwise confidential probation records upon a showing by any party of "the need for specific records."

In this case, undersigned counsel was not the attorney of record at the time Mr. Coberly was sentenced for the underlying offense.  In order to provide Mr. Coberly with effective assistance of counsel, undersigned counsel will need to review all the documents associated with the underlying case and become familiar with them should the court wish to inquire about the circumstances of the original offense at the time of disposition of the supervised release violation petition or at the probation violation hearing.  The defense makes this request to ensure that Mr. Coberly's rights to due process and to effective assistance of counsel are protected, and that he is able through counsel to make a full and fair presentation at the time of disposition and/or at the time of the probation violation hearing.

Dated: October 2, 2013                    Respectfully submitted,

                                          LAW OFFICES OF COURTNEY FEIN

                                          /s/ *Courtney Fein*
                                          _____
                                          COURTNEY FEIN
                                          Attorney at Law

                                          Attorney for Thomas Coberly

# **O R D E R**

Good cause having been shown, the probation officer is hereby ordered to provide the defendant a confidential copy, either a hard copy or an electronic copy, of the pre-sentence report prepared in case number 2:12-CR00373 KJM.

IT IS SO ORDERED.

Dated:  October 7, 2013.

_____
UNITED STATES DISTRICT JUDGE